UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                NO. 22-30258

v.

DOMINIQUE JONTE WALKER,

    Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant DOMINIQUE JONTE WALKER to answer to charges pending in another federal district, and states:

1. On or about June 6, 2022, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Eastern District of Kentucky based on an Order of the Court.

2. Rule 5 requires this Court to determine whether defendant is the

person named in the arrest warrant described in Paragraph One above.   *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    Dawn N. Ison
    United States Attorney


    s/Jeanine Brunson
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI    48226-3211
    Jeanine.brunson@usdoj.gov
    (313) 226-9597

Date: June 7, 2022